| | |
|---|---|
| DATE    November 15, 2021 | CASE NUMBER    1:20cr83(1&5) |
| LOCATION    BEAUMONT DIVISION | USA    Chris Rapp, Bethany Lipman Appeared |
| JUDGE    THAD HEARTFIELD | VS    Rebecca Dunnan |
| DEPUTY CLERK    Jill Veazey | |
| RPTR/ECRO    April Hargett | WILLIAM GLENN CHUNN, JESSE PAUL BLANKENSHIP |
| TAPE #    B   E | Defendant |
| USPO | Gerardo Montalvo, Brian Roberts |
| INTERPRETER | Attorney |
| BEGIN   8:20;  1:21 | |
| Adjourn   12:17;  5:08 | |

Total In-Court Time: **7 HRS  47 MINS**

### 13TH DAY OF JURY / COURT TRIAL

- ☐ Jury Panel Sworn
- ☐ Dft _____ failed to appear   ☐ Order for arrest warrant
- ☐ Voir dire begins   ☐ Bench trial begins
- ☐ Jury impaneled   ☐ Jury Sworn
- ✓ Jury trial held   ☐ Bench trial held
- ✓ Rule invoked
- ☐ ☐ Govt ☐ Dft evidence presented.

Government's ☐ Exhibit List ☐ Witness List
Defendant's    ☐ Exhibit List ☐ Witness List

- ✓ Evidence concluded   ✓ Final arguments   ✓ (Jury Instructions) Court's charge to jury
- ☐ Jury deliberating
- ☐ Jury Notes # _____ from jury to Court   ☐ Jury Notes # _____ from Jury
- ☐ Jury verdict ☐guilty/cts_____ ☐not guilty/cts
- ☐ Court verdict ☐guilty/cts_____ ☐not guilty/cts
- ☐ Trial ends
- ☐ Order for PSI and disclosure.
- ☐ Sentencing set for _____ at _____.
- ☐ Dft oral motion to remain on bond pending sentence ☐granted ☐denied
- ☐ Bond ☐ continued $ _____ or ☐ revoked
- ☐ Dft bond ☐ set ☐ reset to $_____ ☐cash ☐surety ☐10% ☐PR/unsecured
- ☐ Govt oral motion to remand dft to custody pending sentence ☐granted☐denied
- ✓ Dft REMANDED to custody. (only if previously on bond.)

**CRIM 92-116**     ☐ See reverse/attached for additional proceedings     _____ Adjourn

CASE NO.   1:20cr83(1,5)               USA vs.  Chunn, Blankenship                              Page 2

ADDITIONAL PROCEEDINGS:

8:20   Court begins outside the presence of the jury. Charge conference held. Court addresses parties.
8:22   Mr. Montalvo states no objections to Court's Jury instructions.
8:23   Mr. Roberts states objections to Court's Jury Instructions. Court overrules objections. Parties address Court.
8:28   Court recessed. 8:38 Court resumed outside the presence of the jury. Court reconvenes charge conference. Mr. Montalvo states objections on the record. Court overrules objections.
8:41   Mr. Roberts states objections.  Court overrules objections.
9:00   Ms. Lipman addresses Court. Court responds.
9:07   Court resumed.  Jury present.
9:09   Jury Instructions to the jury by Court.  10:32  Court recessed.
10:50  Court resumed. Reading of Jury Instructions continued.
12:17  Court recessed.
1:21   Court resumed. Closing argument by Ms. Dunnan.
2:28   Court recessed.
2:45   Court resumed. Closing argument by Mr. Montalvo.
3:34   Closing argument by Mr. Roberts.
4:19   Rebuttal argument by Mr. Rapp.
5:04   Court addresses jury.
5:08   Court adjourned until 9 am 11/16/21.

CRIM 92-116              ☐   See reverse/attached for additional proceedings              _____ Adjourn