| | | |
|---|---|---|
| Date: 01/26/2021 | Federal Bureau of Prisons | Facility: DC |
| Time: 11:03 PM | TRULINCS | |
| | **Message** | |
| | Sensitive But Unclassified | |

**Message**

FROM: 16026045 BLANKENSHIP, JESSE P
TO: "Jerry Hoefer" <jerry.hoefer84@gmail.com>
SUBJECT: ftf
DATE: 10/14/2020 06:45 PM

greetings my brother, whats up honky? i love you bro i hope this finds you in the best of heaklth and spirits i miss you honky! a bunch. we been locked down they found a body...they tend to frown on that lol i love you i need you honkly

GOVERNMENT EXHIBIT 359

359001

RICO-0000048898